LOUISIANA ET AL. *v.* UNITED STATES.

No. 938. Decided March 13, 1967.

*Jack P. F. Gremillion,* Attorney General of Louisiana, and *Thomas W. McFerrin* and *William P. Schuler,* Assistant Attorneys General, for appellants.

*Solicitor General Marshall,. Assistant Attorney General Doar* and *Alan G. Marer* for the United States.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

MR. JUSTICE BLACK and MR. JUSTICE WHITE are of the opinion that probable jurisdiction should be noted and the case set for hearing.